UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      Case No. 8:16-cr-258-T-17AEP

BASIM SAED

### **FORFEITURE MONEY JUDGMENT**

The United States moves pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment against the defendant in the amount of $51,838.91, representing the amount of proceeds obtained as a result of the wire fraud scheme charged in Counts One and Seventeen of the Indictment.

The defendant pleaded guilty to a wire fraud scheme, in violation of 18 U.S.C. § 1343 as charged in Counts One and Seventeen of the Indictment, and the Court accepted his plea and adjudged him guilty. Being fully advised of the relevant facts, the Court finds that the defendant obtained $51,838.91 in proceeds from the wire fraud scheme.

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant should be held jointly

CASE No. 8:16-CR-258-T-17AEP

and severally liable with any convicted co-conspirators, including Bassam Saed and Rida Saed, upon their conviction for the wire fraud scheme.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's money judgment.

DONE and ORDERED in Tampa, Florida, on ___8th___ February, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2