UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:16-CR-258-T-17AEP

BASIM SAED.

_____/

ORDER

This cause is before the Court on:

Dkt. 161   Motion for Early Termination of Supervision
Dkt. 165   Response

Defendant Basim Saed moves for early termination of supervised release, pursuant to 18 U.S.C. Sec. 3583(e)(1). While on supervised release, Defendant Basim Saed has complied with all terms of his supervised release, has maintained employment and a stable residence, restitution has been paid in full, and a records check revealed no new arrest.

The Government opposes Defendant Basim Saed's Motion for Early Term. The Government argues that Defendant has cited no grounds in the Motion for the relief Defendant requests, other than to cite Defendant's good behavior to date. The Government argues that neither the "interest of justice" nor any of the other factors in 18 U.S.C. Sec. 3553(e) justifies the relief Defendant Saed seeks.

After Defendant Saed entered into a Plea Agreement, Defendant Saed was sentenced on May 19, 2017 to a five-month term of imprisonment on Counts 1 and 17, a 36-month term of supervised release, restitution of $51,838.91, and a special assessment fee of $100 per Count. A Forfeiture Money Judgment

Case No. 8:16-CR-258-T-17AEP

in the amount of $51,838.91 is attached to the Final Judgment. (Dkt. 131).

At sentencing, the Court granted in part and denied in part Defendant Basim Saed's Motion for a probation sentence. The Court denied Defendant Saed's Motion for a probation sentence, but varied downward to a five-month term of imprisonment

The Government has filed a Satisfaction of Judgment as to restitution and special assessment fee, (Dkt. 136) and as to the Forfeiture Money Judgment (Dkt. 145).

After serving a term of imprisonment, Defendant Basim Saed was released to supervised release on November 7, 2017. In his Motion, Defendant Saed states that Defendant's Probation Officer has advised that there is no objection to this Motion.

Defendant Basim Saed has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that Defendant Basim Saed's Motion for Early Termination of Supervision (Dkt. 161) is **granted**.

Case No. 8:16-CR-258-T-17AEP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 19th day of February, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
United States Probation Office